UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:16-MJ-1286 |
| | § | |
| DAVID HERBERT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER APPOINTING COUNSEL

Attorney **Ruben R. Lerma** is appointed to represent material witness(es);

**Esmelin Banegas-Diaz**
**Jose Noel Castillo-Chicas**
**Jesus Alberto Rivera-Rivera**

Detention hearing is scheduled for material witnesses, **Esmelin Banegas-Diaz and Jesus Alberto Rivera-Rivera,** for: **October 20, 2016 at 8:00 a.m.**

Counsel shall make contact with the material witness(es) within 7 days of appointment.

Counsel is reminded to review the CJA Plan for the Southern District of Texas, available on the Court's website. In particular, Section VII.D states that "Appointed Counsel may not require, request, or accept any payment or promise of payment or any other valuable consideration for representation under the appointment, unless such payment is approved by order of the court."

Counsel will be notified electronically via CM/ECF.

ORDERED this 18th day of October, 2016.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1 / 1