United States District Court
Southern District of Texas
**ENTERED**
October 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:16MJ1286-1 |
| | § | |
| DAVID HERBERT | § | |

## MINUTE ENTRY

The Federal Public Defender is appointed to sit second chair, along with the Carlos Omar Reyna, to represent defendant, **David Herbert.**

The Federal Public Defender can be reached at **361-888-3532.**

ORDERED this 18th day of October, 2016.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE