UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DTXS216mj001286-1

| | |
|---|---|
| UNITED STATES OF AMERICA § | No.  CR C-16-1286M (1) |
| § | |
| V. § | Pending in Southern District of Texas |
| § | (Division/District) |
| David Herbert § | Corpus Christi Division |
| | (City/State) |
| | Bond set: $20,000 bond w/$500 cash deposit |

AFFIDAVIT OF OWNERSHIP OF SECURITY
FOR APPEARANCE

I, Victoria Ugalde, on oath hereby declare that I am (the owner) (agent for owner) of the $500.00 deposited as security on the appearance bond set for the above-named defendant, drawn on _____ (Bank), at MoneyGram (Location) Cashier's Check/Money Order No. 2071297934 1/2 and that said bank deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Victoria Ugalde
Name of Owner

[redacted]
Street or P. O. Box No.

Edinburg, TX
City, State, Zip Code

[redacted]
Telephone number

*ANY CHANGE IN ADDRESS MUST BE MADE IN WRITING, SWORN TO BEFORE A NOTARY, & SUBMITTED TO THE CLERK.*

I, as (owner) (agent for owner), hereby subject said funds to the provisions of Local Rule 15 and consent and agree that in case of default or contumacy on the part of the principle, the court may, upon notice to me of not less than 10 days, proceed summarily and render judgment against said security in accordance with the owner's obligation herein and award execution thereon.

_____          _Victoria Ugalde_____
Defendant's signature                       Signature (owner) (agent for owner)

                                           _Same_____
                                           Street Address Agent or Owner

                                           _____
                                           City, State, Zip Code

SWORN TO AND SUBSCRIBED BEFORE ME this the 21st day of October 2016.

DAVID J. BRADLEY, CLERK OF COURT

By: _Donna Terrell_____
    Deputy Clerk

finaff.